# United States District Court

for

## District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Orlando O Murphy     **Case Number:** 9:10CR00147-001

**Name of Sentencing Judicial Officer:** The Honorable Sol Blatt, Jr., Senior United States District Judge
**Name of Current Judicial Officer:** The Honorable Bruce H. Hendricks, United States District Judge

**Date of Original Sentence:** December 6, 2010

**Original Offense:** <u>**Count 1**</u>: Armed Robbery 18 U.S.C. § 1951(a); <u>**Count 2**</u>: Theft of Firearms 18 U.S.C. § 922(u) and 924(i)(1); <u>**Count 3**</u>: Using and Carrying a Firearm During and in Relation to a Crime of Violence 18 U.S.C. § 924(c)(1)(A)(ii); <u>**Count 4**</u>: Possession of a Stolen Firearm 18 U.S.C. § 922(j) and 924(a)(4); <u>**Count 5**</u>: Felon in Possession of a Firearm 18 U.S.C. § 922(g)(1) and 924(a)(2)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 132 month(s) followed by 60 month(s) supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** August 05, 2019

**Assistant U.S. Attorney:** Nick Bianchi     **Defense Attorney:** Cameron Blazer

**Previous Court Action/Notifications:** On January 27, 2020, this case was reassigned to the Honorable Bruce H. Hendricks, U.S. District Judge.

On January 28, 2020, Your Honor was notified that the defendant tested positive for marijuana on January 10, 2020. No action was taken by the Court at that time.

On December 9, 2021, Your Honor was notified that the defendant tested positive for marijuana on December 8, 2021. No action was taken by the Court at that time.

---

### PETITIONING THE COURT

☒     To issue a warrant (petition and warrant to remain under seal)

☐     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **New Criminal Conduct:** According to the National Crime Information Center (NCIC), the defendant was arrested by the Beaufort County Sheriff's Office on January 22, 2022 for Possession of a Firearm by a Convicted Violent Felon. According to the sheriff's office, the defendant was released on January 23, 2022 on a $2,500 bond. |
| 2. | **New Criminal Conduct:** According to the National Crime Information Center (NCIC), the defendant was arrested by the Beaufort County Sheriff's Office on January 22, 2022 for Possession of a Stolen Firearm. According to the sheriff's office, the defendant was released on January 23, 2022 on a $2,500 bond. |
| 3. | **Use of Illegal Drugs:** The defendant tested positive for marijuana on January 10, 2020 and December 8, 2021. Both samples were confirmed positive by Alere Toxicology Services. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>January 24, 2022</u>

Gregory S. Russ
Supervisory United States Probation Officer
Charleston Office

Reviewed and Approved By:

Charles O. Glaze
Asst. Deputy Chief U. S. Probation Officer

**THE COURT ORDERS:**

☐ No action.

☒ The issuance of a warrant.

    ☒ **The Petition and Warrant shall remain under seal until served by the United States Marshal Service, or further order of the court. The Clerk shall forward a copy of this signed petition and warrant to the United States Marshal Service, the United States Probation Office, and the United States Attorney's Office, which may share such documents with other law enforcement agencies or other entities or persons as may be necessary to facilitate service thereof. The assigned United States Probation Officer shall contact the United States Marshal Service to coordinate the timely arrest of the defendant at the United States Probation Office if appropriate. Upon arrest, the warrant may be unsealed by the Clerk.**

☐ The issuance of a summons.

**BOND CONSIDERATION:**

☐ Bond to be set at the discretion of the United States Magistrate Judge.

☒ No bond to be set.

☐ Other (specify):

*Bruce H. Hendricks*
Bruce Howe Hendricks
U.S. District Judge

January 24, 2022
                Date